

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MOORE FREIGHT SERVICES, INC., CHARLES "CHIP" STRADER, AND XMEX TRANSPORTS, L.L.C., | § § § | No. 08-14-00254-CV |
| Appellants, | § § | Appeal from |
| v. | § | 168th District Court |
| LORENA MUNOZ, IND. AND ON BEHALF OF THE EST. OF LORENZO MUNOZ, AND AS N/F OF C.M., A MINOR CHILD, LESLIE MUNOZ, VIRGINIA MUNOZ, JESSICA LOPEZ, AS N/F OF A.F. AND J.L., MINOR CHILDREN AND HEIRS TO THE EST. OF ROGER FRANCEWARE, DEC., AND ROSA FRANCEWARE, IND., | § § § § § § § | of El Paso County, Texas (TC # 2010-4169) |
| Appellees. | § | |

## J U D G M E N T

This Court has considered this cause on the record and concludes that there was error in the judgment. We therefore reverse the judgment of the court below and render that Appellees take nothing against Appellants. We further order that the Appellants recover from Appellees all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 26TH DAY OF JULY, 2017.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Larsen, J., (Senior Judge)
(Larsen, J., Senior Judge, sitting by assignment)